# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
No. 15-1079V
**Filed: June 21, 2016**

* * * * * * * * * * * * * * * * * * * * * * * *      UNPUBLISHED

DIANE K JENKINS,      *

     *

         Petitioner,      *      Withdrawal under

v.      *      Section 300aa-21(b).

     *

SECRETARY OF HEALTH      *

AND HUMAN SERVICES,      *

     *

         Respondent.      *

     *

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS PURSUANT TO § 300aa-21(b) WITHDRAWAL[1]

**Gowen,** Special Master:

Petitioner has filed a notice to withdraw this petition pursuant to 42 U.S.C. § 300aa-21(b). A notice of withdrawal under 42 U.S.C. § 300aa-21(b) concludes the proceedings on the merits; however, judgment will not enter. See Hamilton v. Sec'y of HHS, No. 02-838V, 2003 WL 23218074 (Fed. Cl. Spec. Mstr. Nov. 26, 2003). Additionally, any right petitioner may have to file a civil action is preserved. This Order hereby notifies the Clerk of the Court that proceedings on the merits of this petition are now concluded and that **judgment shall not enter**.

     **IT IS SO ORDERED.**

                 **s/ Thomas L. Gowen**
                 Thomas L. Gowen
                 Special Master

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this ruling on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).